**FILED**

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

AUG -3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:11mj00163 OAD

Jesse F. Herrera

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY            STATE          ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

X DATE: _____   X _____
                                    DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(✓) Fine: $ 850 _____ and a penalty assessment of $ 10 _____ for a TOTAL AMOUNT OF: $ 860 _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

**CENTRAL VIOLATIONS BUREAU**          **CLERK, USDC**               **CLERK, USDC**
**PO BOX 70939**                       **2500 TULARE ST., RM. 1501** **501 I STREET, STE. 4-200**
**CHARLOTTE, NC 28272-0939**           **FRESNO, CA 93721-1322**     **SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 8/3/11                           **DALE A. DROZD**
                                       _____
                                       U.S. MAGISTRATE JUDGE

Clerk's Office