```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

**FILED**

DEC 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-MJ-00163-DAD |
| Plaintiff, ) | Order to Show Cause Re: Probation Revocation |
| v. ) | |
| JESSE F. HERRERA, ) | |
| Defendant. ) | |

It is Hereby Ordered that the defendant appear on January 17, 2012, at 10:00 a.m. to show cause why the probation granted on August 3, 2011, should not be revoked for the defendant's failure to make scheduled fine payments on September 3, 2011 and November 3, 2011.

IT IS SO ORDERED.

Dated: December 7, 2011



HON. DALE A. DROZD
United States Magistrate Judge